AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gillmor, Helen | U.S. District Court | 06/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

300 Ala Moana Blvd
Room C-400
Honolulu, Hawaii 96850

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Hawaii Women's Legal Foundation |
| 2. | Director | Jon Van Dyke Institute |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 01-12/2017 | Pension from State of Hawaii 01/01/2017-12/31/2017) |
| 2. 01-12/2017 | ▨ |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 Charles Schwab | | | | | | | | | |
| 2. Apple Hosp Trust | A | Dividend | K | T | Buy (add'l) | 06/30/17 | J | | |
| 3. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 4. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 5. Apollo Inv. | A | Dividend | J | T | Buy (add'l) | 10/31/17 | J | | |
| 6. Ares Dynamic Credit | A | Dividend | J | T | | | | | |
| 7. Chesapeake Energy | | None | | | Sold | 11/20/17 | J | | |
| 8. Cisco | A | Dividend | | | Sold (part) | 09/20/17 | J | A | |
| 9. | | | | | Sold | 12/07/17 | J | A | |
| 10. Compass Diversified | A | Dividend | J | T | Buy | 04/18/17 | J | | |
| 11. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 12. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 13. Conoco Phillips | A | Dividend | | | Sold | 03/01/17 | J | A | |
| 14. Diana Shipping | | None | J | T | | | | | |
| 15. Eagle Point Credit | A | Dividend | J | T | Buy (add'l) | 10/30/17 | J | | |
| 16. Equity Commonwealth | | None | | | Sold (part) | 04/24/17 | J | A | |
| 17. | | | | | Sold | 06/12/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ford Motor | A | Dividend | | | Sold | 03/01/17 | J | | |
| 19. Freeport McMoran | | None | | | Sold | 07/31/17 | J | | |
| 20. Frontier Com | A | Dividend | | | Buy (add'l) | 01/09/17 | J | | |
| 21. | | | | | Sold (part) | 06/01/17 | J | | |
| 22. | | | | | Sold | 09/18/17 | J | | |
| 23. HCP Reit | A | Dividend | J | T | | | | | |
| 24. Iron Mountain | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 25. | | | | | Sold (part) | 04/29/17 | J | A | |
| 26. | | | | | Sold (part) | 11/23/17 | J | A | |
| 27. Kinder Morgan | A | Dividend | J | T | Buy (add'l) | 11/14/17 | J | | |
| 28. MercadoLibre | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 29. Microsoft | A | Dividend | J | T | Buy | 06/01/17 | J | | |
| 30. Natus | | None | J | T | Buy (add'l) | 04/26/17 | J | | |
| 31. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 32. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 33. | | | | | Sold (part) | 10/23/17 | J | A | |
| 34. Patterson Companies | A | Dividend | J | T | Buy (add'l) | 01/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Paypal Holdings | | None | J | T | Buy | 06/14/17 | J | | |
| 36. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 37. | | | | | Sold (part) | 10/23/17 | J | A | |
| 38. Phillips 66 | A | Dividend | J | T | | | | | |
| 39. Plains All American | A | Dividend | J | T | | | | | |
| 40. Sabra Health Care | A | Dividend | K | T | Buy | 02/23/17 | J | | |
| 41. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 42. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 43. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 44. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 45. SPDR Gold | | None | J | T | | | | | |
| 46. Seventy-Seven Energy (Y) | | | | | | | | | |
| 47. Select Income REIT | A | Dividend | K | T | Sold (part) | 12/18/17 | J | | |
| 48. Square | | None | J | T | Buy | 12/13/17 | J | | |
| 49. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 50. Synchrony Financial | A | Dividend | | | Sold | 01/09/17 | J | A | |
| 51. The Trade Desk | | None | J | T | Buy | 11/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 53. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 54. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 55. Varonis | | None | J | T | Buy | 12/19/17 | J | | |
| 56. Wisdom Tree Financial | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | |
| 57. | | | | | Sold (part) | 12/18/17 | J | A | |
| 58. Western Asset Corporate | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 59. Baron Asset Fund | B | Distribution | K | T | | | | | |
| 60. Fidelity Canada Fund | A | Distribution | | | Sold | 06/27/17 | J | | |
| 61. Gabelli Asset Fund | B | Distribution | L | T | | | | | |
| 62. Janus Research Fund | B | Distribution | L | T | | | | | |
| 63. Landus Intl Fund | A | Distribution | K | T | | | | | |
| 64. Quality Care Properties | | None | | | Sold | 06/08/17 | J | | |
| 65. Schwab Fin Svc | A | Distribution | J | T | | | | | |
| 66. Brokerage Money Market Fund | A | Distribution | J | T | | | | | |
| 67. Brokerage Account # 1, Charles Schwab | | | | | | | | | |
| 68. Money Market Fund | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brokerage Account # 2, Charles Schwab | | | | | | | | | |
| 70. Scopia Partners | C | Distribution | N | T | | | | | |
| 71. IRA # 2, Charles Schwab | | | | | | | | | |
| 72. Abiomed | | None | J | T | Buy | 11/06/17 | J | | |
| 73. Advent Claymore ENHCD Fund | B | Dividend | J | T | | | | | |
| 74. Apollo Investment | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 75. Arista Networks | | None | J | T | Buy | 12/04/17 | J | | |
| 76. Atlantic Power | | None | J | T | | | | | |
| 77. Blackrock Kelso | A | Dividend | J | T | | | | | |
| 78. Cameco | A | Dividend | J | T | | | | | |
| 79. Chatham Lodging Trust | A | Dividend | | | Sold (part) | 01/27/17 | J | A | |
| 80. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 81. | | | | | Sold | 09/28/17 | J | A | |
| 82. Compass Diversified | A | Dividend | J | T | Buy (add'l) | 01/21/17 | J | | |
| 83. | | | | | Sold (part) | 10/15/17 | J | A | |
| 84. EcoPetrol | | None | | | Sold | 11/17/17 | J | | |
| 85. Eagle Point Credit | B | Dividend | J | T | Buy | 01/23/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 87. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 88. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 89. Equity Commonwealth | | None | | | Sold | 01/23/17 | J | A | |
| 90. Frontier Communications | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 91. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 92. Ilumina | | None | | | Sold | 01/23/17 | J | A | |
| 93. Invesco Corp | A | Dividend | J | T | | | | | |
| 94. Ishares Silver Trust | | None | J | T | | | | | |
| 95. Natus Medical | | None | J | T | Buy (add'l) | 01/30/17 | J | | |
| 96. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 97. | | | | | Sold (part) | 10/23/17 | J | B | |
| 98. Oaktree Capital | A | Dividend | J | T | Buy | 11/09/17 | J | | |
| 99. Prospect Capital | A | Dividend | J | T | Buy (add'l) | 06/06/17 | J | | |
| 100. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 101. Select Income REIT | A | Dividend | J | T | Sold (part) | 11/20/17 | J | | |
| 102. Talend | | None | J | T | Buy | 11/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 104. Turkish Inv Fund | A | Dividend | | | Sold | 04/24/17 | J | | |
| 105. Money Market Fund | A | Distribution | J | T | | | | | |
| 106. Brokerage Act. # 3, Charles Schwab | | | | | | | | | |
| 107. Appian Corp | | None | J | T | Buy | 12/01/17 | J | | |
| 108. Apple Corp | A | Dividend | K | T | | | | | |
| 109. AT & T | A | Dividend | | | Donated | | | | |
| 110. Bank of America | A | Dividend | J | T | | | | | |
| 111. Bank of the Internet | | None | K | T | Buy | 01/09/17 | J | | |
| 112. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 113. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 114. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 115. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 116. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 117. Camden National | A | Dividend | K | T | | | | | |
| 118. Camping World Holding | A | Dividend | K | T | Buy | 02/08/17 | J | | |
| 119. | | | | | Buy (add'l) | 02/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 121. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 122. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 123. | | | | | Sold (part) | 09/14/17 | J | A | |
| 124. Celgene Corp | | None | J | T | | | | | |
| 125. Chatham Lodging Trust | A | Dividend | | | Sold | 01/26/17 | J | A | |
| 126. Compass Diversified | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 127. Control 4 Corp | | None | J | T | Buy | 09/20/17 | J | | |
| 128. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 129. Costco Wholesale | A | Dividend | J | T | | | | | |
| 130. CVS/Caremark | A | Dividend | J | T | | | | | |
| 131. Eagle Point Credit | A | Dividend | | | Buy | 04/07/17 | J | | |
| 132. | | | | | Sold | 09/21/17 | J | | |
| 133. Employers' Holding | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 134. Equity Commonwealth | | None | J | T | Sold (part) | 01/24/17 | J | A | |
| 135. | | | | | Sold (part) | 11/08/17 | J | A | |
| 136. Exxon Mobil | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Farmland Partners REIT | A | Dividend | K | T | Buy | 01/09/17 | J | | |
| 138. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 139. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 140. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 141. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 142. | | | | | Sold (part) | 09/26/17 | J | | |
| 143.  Frontier Com | A | Dividend | J | T | Buy (add'l) | 01/27/17 | J | | |
| 144. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 145. | | | | | Buy (add'l) | 03/28/17 | J | | |
| 146. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 147. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 148.  Gentex Corp | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 149.  Gigamon | | None | | | Buy | 09/15/17 | J | | |
| 150. | | | | | Sold | 12/11/17 | J | | |
| 151.  IRobot | | None | K | T | Buy | 09/14/17 | K | | |
| 152. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 153. | | | | | Buy (add'l) | 10/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Kinder Morgan | A | Dividend | J | T | Buy (add'l) | 06/19/17 | J | | |
| 155. LGI Homes, Inc | | None | J | T | Buy | 08/28/17 | J | | |
| 156. Lumenton Holdings | | None | J | T | Buy | 09/11/17 | J | | |
| 157. Middleby Corp | | None | | | Buy | 09/17/17 | J | | |
| 158. | | | | | Sold | 11/03/17 | J | | |
| 159. NIC Inc | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 160. Oaktree Capital | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 161. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 162. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 163. Paycom Software Inc | | None | J | T | Buy | 08/29/17 | J | | |
| 164. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 165. Paypal Holdings | | None | J | T | Buy (add'l) | 01/27/17 | J | | |
| 166. | | | | | Sold (part) | 05/31/17 | J | A | |
| 167. | | | | | Sold | 07/21/17 | J | A | |
| 168. | | | | | Buy | 09/25/17 | J | | |
| 169. Pendrel Corp | | None | | | Buy | 09/17/17 | J | | |
| 170. | | | | | Buy (add'l) | 11/08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/10/17 | J | A | |
| 172.  Planet Payment | | None | | | Buy | 09/07/17 | J | | |
| 173. | | | | | Sold | 11/30/17 | J | A | |
| 174.  Proctor & Gamble | A | Dividend | J | T | | | | | |
| 175.  Splunk, Inc | | None | J | T | Buy | 09/08/17 | J | | |
| 176.  Square, Inc | | None | J | T | Buy | 06/02/17 | J | | |
| 177. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 178.  Synchrony Financial | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 179. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 180. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 181.  The Trade Desk Inc | | None | K | T | Buy | 06/01/17 | J | | |
| 182. | | | | | Buy (add'l) | 06/13/17 | J | | |
| 183. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 184. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 185. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 186.  Travelers Companies | A | Dividend | J | T | Sold (part) | 10/19/17 | J | B | |
| 187.  Trupanion Inc | | None | J | T | Buy | 09/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 189. Twilio Inc | | None | J | T | Buy | 01/27/17 | J | | |
| 190. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 191. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 192. Under Armor Inc | | None | | | Buy | 08/28/17 | J | | |
| 193. | | | | | Sold | 11/06/17 | J | | |
| 194. Universal Display Co | | None | J | T | Buy | 09/17/17 | J | | |
| 195. Wabtec | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 196. Harbor Int'l Fund | C | Dividend | L | T | | | | | |
| 197. I Shares Core S&P | A | Dividend | K | T | Sold (part) | 04/05/17 | K | C | |
| 198. | | | | | Sold (part) | 05/25/17 | J | A | |
| 199. | | | | | Sold (part) | 06/13/17 | J | A | |
| 200. | | | | | Sold (part) | 07/20/17 | J | A | |
| 201. | | | | | Sold (part) | 08/30/17 | J | A | |
| 202. | | | | | Sold (part) | 09/11/17 | J | A | |
| 203. | | | | | Sold (part) | 09/18/17 | J | A | |
| 204. I Shares Mid-Cap | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  I Shares Small-Cap | B | Dividend | L | T | | | | | |
| 206.  I Shares Core MSCI EAFE | A | Dividend | K | T | Sold (part) | 03/23/17 | J | A | |
| 207. | | | | | Sold (part) | 03/27/17 | J | A | |
| 208. | | | | | Sold (part) | 04/19/17 | J | A | |
| 209. | | | | | Sold (part) | 07/27/17 | J | A | |
| 210.  I Shares Core MSCI EMG MKTS | A | Dividend | K | T | Sold (part) | 06/23/17 | J | A | |
| 211. | | | | | Sold (part) | 07/12/17 | J | A | |
| 212.  JP Morgan Equity Fund | A | Dividend | | | Sold (part) | 03/23/17 | J | A | |
| 213. | | | | | Sold (part) | 03/29/17 | J | A | |
| 214. | | | | | Sold (part) | 04/05/17 | J | A | |
| 215. | | | | | Sold (part) | 06/06/17 | J | A | |
| 216. | | | | | Sold (part) | 08/23/17 | K | A | |
| 217. | | | | | Sold (part) | 09/11/17 | J | A | |
| 218. | | | | | Sold | 09/14/17 | J | A | |
| 219.  Federated Tax Free Obligation Fund | A | Interest | | | Sold | 03/20/17 | J | | |
| 220.  Brokerage Money Market | A | Distribution | J | T | | | | | |
| 221.  NON-MAR-FBO Trust # 1, Keybank | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Abbott Labs | A | Dividend | J | T | | | | | |
| 223. Amgen Inc. | | None | | | Sold | 07/21/17 | J | A | |
| 224. Celgene | | None | J | T | | | | | |
| 225. Cincinati Fin Corp | A | Dividend | | | Sold | 06/16/17 | J | A | |
| 226. CVS/Caremark | A | Dividend | J | T | | | | | |
| 227. Exxon Mobil | A | Dividend | K | T | Sold (part) | 06/16/17 | J | A | |
| 228. Intel Corp | A | Dividend | | | Sold | 06/16/17 | J | A | |
| 229. JP Morgan | A | Dividend | | | Sold | 07/21/17 | J | A | |
| 230. Morgan Stanley | A | Dividend | | | Sold | 06/16/17 | J | A | |
| 231. Oracle Corp | A | Dividend | J | T | | | | | |
| 232. Proctor and Gamble | A | Dividend | J | T | | | | | |
| 233. Starbucks Corp | A | Dividend | J | T | | | | | |
| 234. Verizon | A | Dividend | | | Sold | 07/21/17 | J | A | |
| 235. Walt Disney Co | A | Dividend | K | T | | | | | |
| 236. America Beacon Brigeway | A | Dividend | J | T | | | | | |
| 237. Harbor Intl Fund | C | Dividend | M | T | | | | | |
| 238. Ishares Core S+P 500 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Ishares Core MSCI Edge | A | Dividend | K | T | | | | | |
| 240.  Ishares Core MSCI EAFE | A | Dividend | K | T | Buy | 06/16/17 | K | | |
| 241.  Ishares Small Cap | C | Dividend | K | T | | | | | |
| 242.  Ishares Mid Cap | C | Distribution | M | T | | | | | |
| 243.  JP Morgan US Equity | A | Dividend | M | T | | | | | |
| 244.  Riverpark/Wedgewood Fund | A | Dividend | | | Sold | 03/17/17 | L | D | |
| 245.  Neuberger Berman Emerging Mkts | A | Dividend | J | T | | | | | |
| 246.  KT Short Term Fund | A | Distribution | K | T | Buy (add'l) | 09/29/17 | K | | |
| 247.  Penobscot Trading Co Ltd., Honolulu HI | | None | J | U | | | | | |
| 248.  Insurance Policies | | | | | | | | | |
| 249.  New York Life -Whole Life Ins | B | Dividend | M | U | | | | | |
| 250.  New York Life -Whole Life Ins | B | Dividend | L | U | | | | | |
| 251.  MONY - Whole Life Ins | A | Dividend | J | U | | | | | |
| 252.  Washington National Life-Whole Life Ins | | None | J | U | | | | | |
| 253.  Keybank Account # 2: See Note #1. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Keybank Account was closed and remaining assets were transfered on March 20, 2017 to Brokerage Act. #3 Charles Schwab.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen Gillmor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544